Therefore, the judgment of the trial court is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### HILL v. STATE.
### No. 23015.

Court of Criminal Appeals of Texas.
Dec. 20, 1944.

John Glass, of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Upon appellant's plea of guilty to a charge of unlawfully carrying a pistol his punishment was by the court assessed at six months' confinement in the county jail.

No statement of facts or bills of exception are in the record. In his motion for new trial appellant set up newly discovered evidence, which, of course, cannot be appraised in the state of the record.

The judgment is affirmed.

### GRAHAM v. STATE.
### No. 23008.

Court of Criminal Appeals of Texas.
Dec. 20, 1944.

Nat Gentry, Jr., of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for the possession of whisky in a container to which no stamp was affixed showing the payment of the tax due to the state on said beverage. The punishment assessed is a fine of $200 and confinement in the county jail for a period of six months.

The complaint and information, as well as all other matters of procedure, appear

to be in regular form. The record is before this court without bills of exception or a statement of facts.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.